706

Philadelphia (to use of Galdo et al., Appellants) *v.* Hubbard.

■ Argued September 10, 1975. *Alvin Freiberg*, with him *Robinson, Greenberg and Lipman*, for appellants; *John Mattioni*, with him *Joel E. Rome*, and *Mattioni, Mattioni & Mattioni*, for appellee.

Order affirmed.

Preferred Risk Insurance Company *v.* Patterson, Appellant.

Argued March 21, 1975. *George A. D'Angelo*, with him *Truscott and Erisman*, for appellant; *Michael J. Pepe, Jr.*, for appellee.

Decree affirmed.

Williams, Appellant, *v.* Southeastern Pennsylvania Transportation Authority.

Argued June 11, 1975. *Lawrence Solomon*, for appellant; *Joseph C. DeMaria*, with him *Peter A. Galante, Emil F. Toften*, and *Joseph F. Keener, Jr.*, for appellee.

Order affirmed.